USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELAYNE SEIDMAN,<br><br>                            Plaintiff,<br><br>-against-<br><br>PARK AVENUE INTERNATIONAL PARTNERS, INC.,<br><br>                            Defendant. | 1:19-cv-02381 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: November 18, 2019
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**